**EXHIBIT B**

**December 2, 2024 Letter to Defendant**



**CHAD S. PEHRSON**
cpehrson@kba.law

Salt Lake: 801.939.3698   San Diego: 619-371-5511

December 2, 2024

**VIA EMAIL**
**AND OVERNIGHT MAIL**

Mr. Joseph Phillips, SVP Commercial Licensing & AGC
MicroStrategy, Inc.
1850 Towers Crescent Plaza
Tysons Corner, VA 22182 USA
jphillips@microstrategy.com

Dear Mr. Phillips:

  This law firm represents Web3AI Technologies, LLC, the owner of all relevant rights in United States Patent No. 9,218,574, entitled "User Interface for Machine Learning" ('574 patent) and European counterpart patents of this patent family. A copy of the '574 patent is attached hereto as Exhibit A.

  My clients and I recently learned about the MicroStrategy AI Platform. We believe that the '574 Patent and European counterpart patent(s) EP 3005056 validated in Great Britain (GB), Germany (DE), France (FR) and Ireland(IE) are highly relevant to that platform. We are interested in discussing a licensing or other business relationship. To advance the discussion, we've attached some presentation slides as Exhibit B. We believe these slides will help a reviewer more quickly ascertain the relevance of the claims of the '574 Patent and European counterpart patents to the MicroStrategy AI Platform.

  We hope to be able to meet in person with your relevant technical and legal personnel, so that we might discuss a mutually beneficial commercial relationship. We are anxious to move forward, and ask that we schedule a meeting within two weeks. Please email me at cpehrson@kba.law to set a good time.

  The above is not an exhaustive statement of all the relevant facts and law. Web3AI Technologies, LLC, expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

            Best Regards,

            KUNZLER BEAN & ADAMSON

            Chad S. Pehrson

cc: crequest@microstrategy.com

**Kunzler Bean & Adamson,** A Professional Corporation
www.kba.law