## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| WEB3AI TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>MICROSTRATEGY INCORPORATED D/B/A STRATEGY,<br><br>   Defendant. | Civil Action No.: 2:25-cv-260-AWA-DEM |

## [PROPOSED] ORDER GRANTING DEFENDANT MICROSTRATEGY INCORPORATED'S MOTION TO DISMISS WEB3AI'S COMPLAINT FOR PATENT INFRINGEMENT

  This matter came before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).  This matter having been fully briefed and considered, the Court now **FINDS** that the motion is well-taken and that Plaintiff has failed to state a claim upon which relief can be granted.  Accordingly, for good cause shown,

  It is hereby **ORDERED** that MicroStrategy's Motion to Dismiss is **GRANTED**, and Plaintiff's causes of action against Defendant MicroStrategy Incorporated d/b/a Strategy are **DISMISSED WITH PREJUDICE**.

             ENTERED this ___ day of _____ 2025.

             _____
             Hon. Arenda Wright Allen
             United States District Judge
             Norfolk, VA