# EXHIBIT 3

| '574 patent | '446 patent | Description |
|---|---|---|
| 3:25-6:10 | 3:20-6:6 | Identical disclosures of numerous, various generic computer components that may be used. |
| 9:57-11:17 | 6:25-7:35 | Identical disclosures of predictive analysis. Note that the "results module" of the '574 patent is interchangeable with the "predictive analytics module" of the '446 patent. |
| 20:24-21:16 | 7:56-8:46 | Identical disclosures for data receiver module. |
| 21:17-23:27 | 8:47-10:54 | Identical disclosures for function generator module. |
| 23:28-25:67 | 10:55-11:27, 11:45-13:34 | Identical disclosures for feature selector module in combination with machine learning compiler module ('574 patent)/predictive compiler module ('446 patent). |
| 26:1-59 | 13:35-14:25 | Identical disclosures for predictive correlation module. |
| 26:60-27:34 | 14:26-67 | Identical disclosures for combiner module. |
| 27:35-28:12 | 15:1-45 | Identical disclosures for extender module. |
| 28:13-44 | 15:46-16:9 | Identical disclosures for synthesizer module. |
| 28:45-29:29 | 16:10-59 | Identical disclosures for function evaluator module. |
| 29:30-30:5 | 16:60-17:35 | Identical disclosures for evaluate metadata and metadata library. |
| 30:6-19 | 17:36-48 | Identical disclosures for function selector module. |
| 30:20-31:16, 33:21-61, 34:63-35:27 | 17:49-18:43, 20:44-21:16, 22:16-46 | Identical disclosures for machine learning ensemble ('574 patent)/predictive ensemble ('446 patent), learned functions therefor, and directing data through the ensemble. |
| 31:17-24, 33:62-34:62 | 18:44-52, 21:17-22:15 | Identical disclosures for machine learning factory ('574 patent)/predictive analytics factory ('446 patent) and methods of implementation therefor. |
| 31:25-32:2 | 18:53-19:27 | Identical disclosures for interface module. |

| '574 patent | '446 patent | Description |
|---|---|---|
| 32:3-26 | 19:28-50 | Identical disclosures for data repository. |
| 32:27-41 | 19:51-65 | Identical disclosures for data receiver module. |
| 32:42-33:20 | 19:66-20:43 | Identical disclosures for system of various modules in combination with each other. |
| Fig. 1A | Fig. 1 | Identical disclosures of data networks connected to generic computer components and clients. The '574 patent merely adds a display. |
| Figs. 2A, 3-8 | Figs. 2-8 | Identical block diagrams with minor changes to names, numerals. |